UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO NAVARRO MAURY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:21-cv-00335-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(Doc. 2) |

Plaintiff having applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915, the Court hereby ORDERS that the application is granted. The Clerk of Court is hereby ordered to issue summons, and the United States Marshal is ordered to serve a copy of the complaint, summons and this order upon the Defendant. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated:   **March 8, 2021**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE