**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| OSVALDO NAVARRO MAURY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:21-cv-00335-GSA <br><br> STIPULATION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED by and between Osvaldo Navarro Maury (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the United States Social Security Administration (the "Agency") for further administrative proceedings. Upon remand, the Agency will vacate the Administrative Law Judge's decision, re-evaluate the evidence, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated:  April 29, 2022          */s/  Melissa Newel*
                                MELISSA NEWALL
                                Attorney for Plaintiff
                                *Authorized via e-mail on April 28, 2022

Dated:  April 29, 2022          PHILLIP A. TALBERT
                                United States Attorney

                        By:     */s/ Sharon Lahey*
                                SHARON LAHEY
                                Special Assistant United States Attorney
                                Attorneys for Defendant

### **ORDER**

Based upon the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Agency for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner

IT IS SO ORDERED.

Dated:   **April 29, 2022**                         **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE